# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**941**

**CA 15-00406**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

CORY ANDERSON, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

PHILIP E. PECK, DEFENDANT-APPELLANT.

---

BARTH SULLIVAN BEHR, BUFFALO (LAURENCE D. BEHR OF COUNSEL), FOR DEFENDANT-APPELLANT.

PUGATCH & NIKOLIS, MINEOLA (PHILLIP P. NIKOLIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Wayne County (Daniel G. Barrett, A.J.), entered July 17, 2014. The order denied defendant's motion for summary judgment dismissing plaintiff's complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  October 2, 2015                          Frances E. Cafarell
                                                   Clerk of the Court